Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**FILED**

# UNITED STATES DISTRICT COURT
for the

_____ District of Wyoming

_____ Division

*11:12 am, 5/26/23*

**Margaret Botkins**
**Clerk of Court**

Robert James Swint

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:23-CV-96-ABJ
*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

Jury Trial: *(check one)* ☑ Yes ☐ No

-v-

The Comics Code Authority
The Comic Book Authority
The Oregon Health Authority

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

## COMPLAINT FOR A CIVIL CASE

I.      **The Parties to This Complaint**

   A.      **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint.  Attach additional pages if
   needed.

|  |  |
|---|---|
| Name | Robert Swint |
| Street Address | PO Box 1235 |
| City and County | CLATSKANIE |
| State and Zip Code | OREGON |
| Telephone Number | 971-278-3573 |
| E-mail Address | robswint418@gmail.com |

   B.      **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an
   individual, a government agency, an organization, or a corporation.  For an individual defendant,
   include the person's job or title *(if known)*.  Attach additional pages if needed.

The Comics Code Authority, The Comic Book Authority
The Oregon Health Authority

The Comics Code Authority from 1954, the same year Bluebird~ as established and burger King started. Now what do the Comic Book Authority, bluebird, and Burger King all have in common? They signed a contract with the people, a word of mouth, unwritten contract, so basically saying they gave there word with there action(s). And thats the part that most people courts and the law dont get. When before 1954 they used to have writers write out realtime from reading the atmosphere, instead of the hemisphere, Im so glad a majority of that era is over, he, wrist, david was/is, one more time, again! the straight back your not listenening campaign. Now as I go along here I notice that Mary Ward, Also known as Wendy (Peter Pan's Wendy), She had the heart of Ocean's, the keys to the city (fense, gate) Jes, And the rest of Heaven kept contained with there own set of rules this time, I'll allow it but from now on NO MENTIONING THE FOUNDING FATHER'S OF THIS MESS AND RESCUE OP. THE ONLY ONE I HAVE A PROBLEM WITH IS ANYONES GES, YESTERDAY ALL OUR LIVES HAD CHANGED, RECORD ORDER, I AM ASKING THAT 5445 BE RESTORED TO THE RIGHTFUL AND LEFT TO ROBERT SWEAT, MERCEDES YA FERARRI ANNA + NOKE / SIERRA MIST SAHARA + tears in heaven "he's, SARAH where 1-2 versions" now my #L characters start to rise as Robert Eddie w his John Edwards Pardy gets started. I WANT 26 Million FOR WHAT HE DID R.S. AKA Robert Sweat 5-22-23