Robert Swint
PO Box 1235
Clatskanie, OR
97016

PORTLAND OR 972

22 MAY 2023 PM 4 L



PROTECT
ENDANGERED
SPECIES
★ U S A ★ F O R E V E R ★

United States District Court
2120 CAPITOL AVENUE
ROOM 2131
CHEYENNE, WY 82001-3658

82001-365831