IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

**FILED**



**8:53 am, 6/6/23**

**Margaret Botkins**
**Clerk of Court**

ROBERT JAMES SWINT,

Plaintiff,

VS.

COMICS CODE AUTHORITY; COMIC
BOOK AUTHORITY; and OREGON
HEALTH AUTHORITY,

Defendants,

Case No.  23-CV-00096-ABJ

## FINAL JUDGMENT

THIS MATTER is before the Court on Plaintiff's *pro se* Complaint. ECF No. 1. The Court entered an order screening Mr. Swint's Complaint and dismissing it as frivolous.

**NOW, THEREFORE, IT IS ORDERED AND ADJUDGED** that the judgment of dismissal is entered and this case is closed.

Dated this ___6th___ day of June, 2023.

Alan B. Johnson
United States District Judge

1