RECEIVED AUG 1 4 2023

Regaurding Case# 2:23 96 ABJ
Robert James Swint vs [Comic Code] Authority

I'd like to request this Case either be reopened or sent to ~~scribbled~~ Appeals court, I ~~scribbled~~ thank you for your time

Asking for an Appeal! Please + Thank You

RJS

Robert Swint
7/10/23

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

AUG 2 4 2023
10:52 a.m.
Margaret Botkins, Clerk
Cheyenne

CORRECTED IMENT
SWINT VS [Cmic] Authority

ROBERT SWINT
PO BOX 1235
CLATSKANIE, OREGON
97016

PORTLAND OR 972

21 AUG 2023 PM 4 L

US DISTRICT COURTHOUSE
2120 Capitol Avenue
Room 2131
Cheyenneg WY 82001

82001-365831

