# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING



Margaret Botkins
Clerk of Court

Jon Bastian
Chief Deputy Clerk

August 24, 2023

Chris Wolpert, Clerk of Court
United States Court of Appeals for the 10th Circuit
Byron R. White Courthouse
1823 Stout Street
Denver, CO  80257

   Re: Swint v. Comics Code Authority et al
      District Court Case Number:  2:23-cv-00096-ABJ
      Notice of Appeal Filed: 8/24/23
      $500 fee was not paid; $5 fee was not paid.

Dear Mr. Wolpert:

  Attached are documents filed in connection with the Notice of Appeal in this case, which will constitute the preliminary record on appeal:

- Copy of District Court docket entries

- Copy of Notice of Appeal

- Copy of the District Court's final judgment or order(s) from which the appeal is taken, as follows:

     [3] Order Dismissing Complaint, [4] Judgment

  If any thing further is required, please let me know.

       Sincerely,

       Margaret Botkins
       Clerk of Court

      By: *Becky Harris*
       Becky Harris

Attachment(s)

2120 Capitol Avenue, Room 2131 ♦ Cheyenne, WY 82001  111 South Wolcott, Suite 121 ♦ Casper, WY 82601
(307) 433-2120 ♦ Fax (307) 433-2152    (307) 232-2620 ♦ Fax (307) 237-0014
www.wyd.uscourts.gov