**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

**September 14, 2023**

_____

**Christopher M. Wolpert**
**Clerk of Court**

ROBERT JAMES SWINT,

    Plaintiff - Appellant,

v.

COMICS CODE AUTHORITY; COMIC
BOOK AUTHORITY; OREGON
HEALTH AUTHORITY,

    Defendants - Appellees.

No. 23-8057
(D.C. No. 2:23-CV-00096-ABJ)
(D. Wyo.)

_____

**ORDER**

_____

This appeal is dismissed for lack of prosecution pursuant to Tenth Circuit Rule

42.1. A copy of this order shall stand as and for the mandate of this court.


Entered for the Court


CHRISTOPHER M. WOLPERT, Clerk